IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ELIE FLORADIN

    Petitioner,
v.                                                          Case No. 3:23cv24553/MCR/MAL

UNITED STATES OF AMERICA

    Respondent.
_____/

# O R D E R

This case is before me on the magistrate judge's Report and Recommendation dated November 20, 2023. ECF No. 7. Petitioner has been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, if any, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The magistrate judge's Report and Recommendation, ECF No. 7, is adopted and incorporated by reference in this order.

2.    Petitioner's *pro se* Administrative Law Complaint, construed as a

Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241, ECF No. 2, is DISMISSED without prejudice.

**DONE and ORDERED** this 17th day of May 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No.: 3:23cv24553/MCR/MAL